**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Michelle R Sloop    Case No. 19-10312    Chapter 13

All Cases: Moving Creditor LAKEVIEW LOAN SERVICING, LLC    Date Case Filed 4/10/2019

Nature of Relief Sought:    ■ Lift Stay    ☐ Annul Stay    ■ Other (describe) Dismissal

Chapter 13:    Date of Confirmation Hearing _____    or Date Plan Confirmed 06/28/2019

Chapter 7:    ☐ No-Asset Report Filed on _____
               ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
    a. ■ Home
    b. ☐ Car    Year, Make, and Model _____
    c. ☐ Other (describe) _____

2. Balance Owed as of 04/08/2020    $101,095.42
   Total of all other Liens against Collateral    $1,000.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $92,000.00, per Debtor's Schedules

5. Default
    a. ■ Pre-Petition Default as of petition date
       Number of months   19    Amount   $22,377.05

    b. ■ Post-Petition Default
       i. ■ On direct payments to the moving creditor
          Number of months   4    Amount   $4,978.48

       ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
    a. ■ Lack of Adequate Protection § 362(d)(1)
       i. ☐ No insurance
       ii. ☐ Taxes unpaid    Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv. ☐ Other (describe) _____

    b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. ☐ Other "Cause" § 362(d)(1)
       i. ☐ Bad Faith (describe) _____
       ii. ☐ Multiple Filings
       iii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date: April 20, 2020                                /s/ Joel P. Fonferko
                                                    Counsel for Movant
(Rev. 12/21/09)